IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON M. ROBERTS,                                    1:05-CV-01006 OWW WMW HC

      Petitioner,

   vs.                                         ORDER GRANTING MOTION TO
                                                   PROCEED IN FORMA PAUPERIS
C. M. HARRISON,
                                                   (DOCUMENT #2, 4)

      Respondent.
_____/

     Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

28 U.S.C. § 2254.

     Petitioner has filed an application to proceed in forma pauperis and a certified copy of

petitioner's prison trust account statement.   Examination of these documents reveals that petitioner

is unable to afford the costs of this action.   Accordingly, the motion to proceed in forma pauperis is

GRANTED.  See 28 U.S.C. § 1915.

IT IS SO ORDERED.

**Dated:   August 29, 2005**          _____ **/s/  William M. Wunderlich**_____
bl0dc4                                 UNITED STATES MAGISTRATE JUDGE