1

2

3

4

5

6

7

8

9

10

11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

12   **DON M. ROBERTS,**                          )   **CV F 05-1006 OWW WMW HC**
                                                  )
13                    **Petitioner,**             )
                                                  )   **ORDER DIRECTING CLERK**
14          **v.**                                )   **OF COURT TO RETURN**
                                                  )   **FIRST AMENDED PETITION**
15                                                )   **LODGED WITH COURT**
     **C. M. HARRISON,**                          )   **MAY 29, 2007**
16                                                )   **[Doc. 7]**
                     **Respondent.**              )
17                                                )
     _____     )
18

19

20

21          Petitioner is a state prisoner proceeding pro se on a habeas corpus petition pursuant to

22   28 U.S.C. Section 2254.  The case is currently proceeding on the first amended petition filed

23   October 11, 2005.  Pursuant to Petitioner's request, this court entered an order on March 17,

24   2006, staying this action until Petitioner exhausts his state administrative remedies and

25   requiring Petitioner to file monthly status reports.  In his last status report filed on May 18,

26   2007,  Petitioner indicated that his case remained pending in the California Supreme Court.

27          On May 29, 2007, the court received from Petitioner a document entitled First

28   Amended Petition.   Because this case is currently stayed pursuant to Petitioner's request, no

additional  petitions may be filed in the case at the present time.   If Petitioner's state judicial

remedies have been exhausted, i.e., if the California Supreme Court has ruled on his case,

Petitioner should so inform the court and make a motion to lift the stay and file a second

amended petition, including the claims which have been recently exhausted.  Only after the

court grants such a motion may Petitioner file an additional petition.  Because this court has

not been informed that Petitioner's state remedies have been exhausted, the stay will remain

in place for the present time.

The Clerk of the Court is DIRECTED to return to Petitioner the first amended

petition lodged with the court on May 29, 2007.

IT IS SO ORDERED.

**Dated:    May 30, 2007**                              **/s/  William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE