IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON M. ROBERTS, | 1:05-cv-1006 LJO-WMW (HC) |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| vs. | TO FILE ANSWER |
| C.M. HARRISON, | (DOCUMENT #29) |
| Respondent. | NEW DEADLINE:  10/27/2007 |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On September 25, 2007, respondent filed a motion to extend time to file an answer to the petition.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file an answer to the petition.

IT IS SO ORDERED.

**Dated:   October 15, 2007**            /s/  **William M. Wunderlich**
                                      UNITED STATES MAGISTRATE JUDGE