IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DON M. ROBERTS,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**C. M. HARRISON,** )<br>)<br>Respondent. )<br>_____ ) | CV F 05-1006 OWW WMW HC<br><br>**ORDER LIFTING STAY NUNC PRO TUNC** |

    Petitioner is a state prisoner proceeding pro se on a habeas corpus petition pursuant to 28 U.S.C. Section 2254. On June 22, 2007, Petitioner informed the court that the California Supreme Court had ruled on his case, and asked the court to lift the stay in this case. The court ordered Respondent to file a response to the petition, which Respondent did on October 26, 2007. Accordingly, the stay in this case is HEREBY LIFTED nunc pro tunc to

June 22, 2007.

IT IS SO ORDERED.

**Dated:   January 2, 2008**                    **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE