**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DON M. ROBERTS,**  )<br>  )<br>    **Petitioner,**  )<br>  )<br>  v.  )<br>  )<br>  )<br> **C. M. HARRISON,**  )<br>  )<br>   **Respondent.**  )<br>_____ ) | **CV F 05-1006 OWW WMW HC**<br><br>**ORDER DENYING MOTION**<br>**FOR DEFAULT JUDGMENT**<br><br>[Doc. 33] |

      Petitioner is a state prisoner proceeding pro se on a habeas corpus petition pursuant to 28 U.S.C. Section 2254.  On September 25, 2007, the court entered an order granting Respondent an extension of time until November 19, 2007, to file an answer to the petition. On October 18, 2007, Petitioner filed a motion for default judgment on the ground that Respondent had failed to timely file his answer.  Respondent subsequently filed his answer

on October 26, 2007, well within the November 19, 2007 deadline set by the court.   There being no basis for default judgment to be awarded to Petitioner, the court HEREBY DENIES Petitioner's motion for default judgment.

IT IS SO ORDERED.

**Dated:   January 3, 2008**                              /s/ Oliver W. Wanger
                                                                       UNITED STATES DISTRICT JUDGE