IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON M. ROBERTS, | 1:05-cv-01006-LJO-WMW (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR A (90) NINETY DAY EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| C.M. HARRISON, | (DOCUMENT #38) |
| Respondent. | (90) NINETY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On December 18, 2007 , petitioner filed a motion to extend time to file traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted ninety days from the date of service of this order in which to file traverse.

IT IS SO ORDERED.

**Dated:    January 15, 2008**                    **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE