IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON M. ROBERTS, | 1:05-cv-1006-LJO-WMW (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE TRAVERS |
| vs. | |
| C.M. HARRISON, | (DOCUMENT 42) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On April 9, 2008, Petitioner filed a motion to extend time to file his traverse.  The court previously granted Petitioner a ninety-day extension of time to file his traverse on January 15, 2008.  The court is unwilling to again grant such a long extension of time.  Accordingly, the court will grant Petitioner a thirty-day extension of time.

Accordingly, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1) Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

2) Petitioner's third motion for an extension of time filed April 14, 2008 [Doc. 43] is

1      HEREBY DENIED as duplicative.

4 IT IS SO ORDERED.

5 **Dated:   April 29, 2008**        **/s/  William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE